IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07–CR–354–B0
No. 5:10–CV–504–B0

JAMES MICHAEL PARIS )
)
Petitioner, )
)
v. ) O R D E R
)
UNITED STATES OF AMERICA )
)
Respondent. )
_____)

This matter is before the Court on Petitioner's Motion to Vacate under 28 U.S.C. § 2255 and Respondent's Motion to Dismiss. On January 14, 2010, the Court entered an Order dismissing Petitioner's Motion. (DE # 31). On January 25, 2011, the Court vacated the Order, and gave the Petitioner 30 days to respond to Respondent's Motion. Although the Petitioner wrote the Court a letter on January 29, 2011, the letter failed to respond to Respondent's Motion to Dismiss. The Court accordingly REINSTATES the Order it issued on January 14, 2010 regarding this matter.

SO ORDERED, this ___9___ day of May, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE